Form denyd

211 West Fort Street
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **23−51124−tjt**
Chapter: 7

In Re: (NAME OF DEBTOR(S))
   Keyanna Mae Thomas
   1029 Studebaker Avenue
   Ypsilanti, MI 48198−6284

Social Security No.:
   xxx−xx−3448

Employer's Tax I.D. No.:

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF ORDER DENYING DISCHARGE**

NOTICE IS HEREBY GIVEN that on **April 25, 2024** an order was entered denying the discharge in the above−entitled Chapter 7 case.

Dated: 4/25/24

                      BY THE COURT

                      Todd M. Stickle , Clerk of Court
                      UNITED STATES BANKRUPTCY COURT